UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| RICHARD ALLEN TORONGEAU,<br><br>          Plaintiff,<br><br>  vs.<br><br>DOUGLAS CARTER, Sheriff,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)   1:06-cv-282-SEB-VSS<br>)<br>)<br>)<br>) |

## J U D G M E N T

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that this cause of action is **dismissed without prejudice.**

Date: 10/17/2006

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Matthew L. Hinkle
COOTS HENKE & WHEELER
mhinkle@chwlaw.com

Richard Allen Torongeau
Indianapolis Men's Work Release Center
448 West Norwood Street
Indianapolis, IN 46225